UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KATHY ADAMS, on her own behalf
and others similarly situated,**

    Plaintiff,

v.                                                            Case No. 8:09-cv-02272

**FMRS, INC., a Florida Corporation,**

    Defendant.
_____/

**JOIN MOTION FOR APPROVAL OF SETTLEMENT
AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, KATHY ADAMS, and Defendant, FMRS, INC., by and through their undersigned attorneys, hereby move for approval of the settlement of this action, and stipulate to the entry of an Order Dismissing this action with prejudice.

As cause therefore, the parties would show the Court as follows:

1. This is an action for overtime compensation brought pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), et seq. ("FLSA").

2. In an attempt to resolve the dispute, the parties engaged in early settlement negotiations. During these negotiations, and at all other relevant times in this action, Plaintiff was represented by her attorney and has had the benefit of his counsel and advice.

3. The settlement negotiations were successful and a Settlement and Release Agreement (the "Agreement") was negotiated between Plaintiff and Defendant. The Agreement fairly and reasonably compromises and takes into account each party's interests, benefits and

rights, pursuant to the criteria and policy considerations set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1354 (11th Cir. 1982).

4. Plaintiff acknowledges that she has received payment of all compensation under the Fair Labor Standards Act ("FLSA") she was due from Defendant (including all wages and overtime due under the FLSA) and that she is not due any other sums from Defendant.

5. The parties further stipulate that this lawsuit should be dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

WHEREFORE, the Parties hereby urge the Court to grant this motion seeking approval of the settlement and entry of an Order granting the Joint Motion and dismissing this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Scheve | /s/ Michelle N. Boyd |
| Florida Bar No. 0033640 | Karen M. Buesing |
| mscheve@shavitzlaw.com | FL Bar No. 348491 |
| SHAVITZ LAW GROUP, P.A. | karen.buesing@akerman.com |
| 1515 S. Federal Highway, Suite 404 | Michelle N. Boyd |
| Boca Raton, Florida 33432 | FL Bar No. 018795 |
| Telephone: (561) 447-8888 | michelle.boyd@akerman.com |
| Fax: (561) 447-8831 | AKERMAN SENTERFITT |
| Attorney for Plaintiff | 401 E. Jackson Street, Suite 1700 |
| | Tampa, Florida 33602 |
| | (813) 223-7333 – Telephone |
| | (813) 223-2837 – Facsimile |
| | Attorneys for Defendant |
| Dated: December 30, 2009 | Dated: December 30, 2009 |